UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09MC115 CDP |
| HORIZON HOMES, INC., | ) |
| Defendant. | ) |

## **ORDER**

This case is a summary proceeding for confirmation of an arbitration award under the Federal Arbitration Act (FAA), 9 U.S.C. § 9. Plaintiff Bank of America has filed a motion to confirm an arbitration award that was issued in a dispute the bank had with defendant Horizon Homes, Inc.

Jurisdiction over this matter is proper in this court. As required by 9 U.S.C. § 13, Bank of America has filed with its motion a copy of the agreement to arbitrate and the arbitration award dated November 19, 2008. Bank of America has served a copy of its motion on defendant as required by the Act, and defendant has not filed any objection to Bank of America's motion to confirm the award. I will therefore grant Bank of America's motion and enter judgment accordingly.

**IT IS HEREBY ORDERED** that plaintiff's motion to confirm arbitration award is GRANTED. Judgment is entered separately this same date.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this order and the judgment to Matthew J. Fairless, Hazelwood & Weber, LLC, 200 North Third Street, St. Charles, MO 63301-2890, counsel for defendant.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2009.