UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09MC115 CDP |
| ) | |
| HORIZON HOMES, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the arbitration award entered on November 19, 2008 in the matter of Bank of America, N.A. v. Horizon Homes, Inc., et al., JAMS # 1340006512 (Bobrick, Arb.), is confirmed in its entirety.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2009.